IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KEITH SETH, *et al.*,<br>Individually and on behalf of a class<br>of similarly situated persons,<br><br>    Plaintiffs-Petitioners,<br><br>    v.<br><br>MARY LOU MCDONOUGH,<br>In her official capacity as<br>Director of the Prince George's County<br>Department of Corrections,<br><br>    Defendant-Respondent. | Case No. |

## PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs respectfully move this Court for the entry of a temporary restraining order and preliminary injunction. As more fully articulated in the attached memorandum, Defendant's actions in response to the COVID-19 pandemic have violated their rights under the Eighth and Fourteenth Amendments of the United States Constitution.

Further, a subset of Plaintiffs, all of whom are medically vulnerable persons, petitions this Court for writs of habeas corpus under 28 U.S.C. § 2241.

Respectfully submitted on April 20, 2020,

                                      By *s/Elizabeth Rossi*
                                        Elizabeth Rossi
                                        Bar No. 19616
                                        Katherine Chamblee-Ryan
                                        *application to the Bar of this Court pending*
                                        Olevia Boykin
                                        *application forthcoming*
                                        Ryan Downer
                                        *application pending*

CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
katie@civilrightscorps.org
610-931-7715

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2020 I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing. This Emergency Motion for Temporary Restraining Order and Preliminary Injunction will be served in accordance with the Federal Rules of Civil Procedure.

Date: Apr. 21, 2020

*/s/Elizabeth Rossi*

Elizabeth Rossi