# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KEITH SETH, *et al.*,            *

Individually and on behalf of a class

of similarly situated persons,      *

      Plaintiffs,          *

    v.                  *        Civil Action No. 8:20-cv-01028-PX

                      *

MARY LOU MCDONOUGH,

In her official capacity as        *

Director of the Prince George's County

Department of Corrections,      *

      Defendant.         *
                      ***

## ORDER

As discussed in the recorded teleconference today, April 23, 2020:

1. Defendant is ordered to file a Response to Plaintiffs' Motion for a Temporary
   Restraining Order, ECF No. 3-1, by **April 25, 2020**. Defendant must file as
   attachments evidence responsive to the topics included in **Attachment A** to this
   Order.

2. Plaintiffs' Reply is due by April 27, 2020.

3. Parties are to submit a joint recommendation for an Independent Inspector by April
   27, 2020. If Parties are unable to agree on an inspector, each party is to propose two
   recommendations, along with CVs and a letter, no longer than three pages, with
   supporting grounds for selection.

4. Parties are instructed to file documents containing protected health information and
   other sensitive information under seal with an accompanying motion.

5. Plaintiffs' Motion to Certify Class, ECF No. 4-1, is held in abeyance until resolution

of Plaintiffs' Motion for a Temporary Restraining Order, ECF No. 3-1.


_____4/23/2020_____                    _____/S/_____
Date                                          Paula Xinis
                                              United States District Judge