# EXHIBIT F



# PRINCE GEORGE'S COUNTY GOVERNMENT
## Department of Corrections

Angela D. Alsobrooks
County Executive

## MEMORANDUM

### February 27, 2020

**TO:**       All Departmental Employees

**FROM:**   Mary Lou McDonough, Director
              Department of Corrections

**RE:**       Coronavirus Epidemic

*Please read at roll call and disseminate to staff*

Recently, President Trump was on the news sharing the prevention efforts this Country is taking to prevent the spread of the *pandemic* disease, known as the Coronavirus. The Coronavirus has been declared a pandemic by the Center for Disease Control (CDC) for the following reasons: a). disease is an illness and b). it can be sustained from person-to person. In the United States, there have been a total of 14 confirmed cases out of a total of 455 reported cases; this represents 3% of the total reported and suspicious cases.

As Director, I want you to be informed on how the Coronavirus is transmitted. Coronavirus is a new virus that causes respiratory illness in people and can spread from person-to-person. This virus was first identified in Wuhan, China. The person-to-person spread happens mainly via respiratory droplets produced when a person coughs or sneezes, like how influenza (flu) and other viruses that cause respiratory illness. Viral diseases, such as the Flu and Coronavirus, spread occurs between close contacts.

Currently the risk of Coronavirus spreading in the United States is very low, the Center for Disease Control (CDC), along with our State and local Health Departments, are acting to prevent the spread of the disease. Below are the CDC's recommendations to protect yourself from the Coronavirus:

- **Avoid** close contact with people who are sick.
- **Avoid** touching your eyes, nose and mouth with *unwashed* hands.
- **Do** wash your hands often with soap and water or alcohol-based sanitizer for at least *20 seconds* (especially after going to the bathroom; before eating; after blowing your nose, coughing or sneezing).
- **Always** wash hands with soap and water if visibly dirty.
- **Cover** your cough or sneeze with a tissue, then throw the tissue in the trash.

All Departmental Employees
Page Two
February 27, 2020

**IF YOU ARE SICK,** to keep from spreading respiratory illness to others, **you should:**

- **Stay** home when you are sick.
- **Cover** your cough or sneeze with a tissue, then throw the tissue in the trash.
- **Clean** and disinfect frequently touched objects and surfaces using a regular household cleaning spray or wipe

There have been concerns about *facemasks* and the wearing of them. CDC's recommendations for the use of a facemask are:

- **Does** not recommend people, who are well, wear a facemask to protect themselves from the Coronavirus and/or any respiratory diseases.
- **Only** worn and used by people who show symptoms of Coronavirus to prevent the spread of the disease to others.
  *Note:* Facemasks are crucial for healthcare workers and people who are taking care of someone in close settings (at home or in a healthcare facility).

Our medical provider, Corizon, has increased its protocols when screening incoming inmates. If you should have any additional questions regarding the Coronavirus please refer to the CDC's website, https://www.cdc.gov/coronavirus/2019 and/or the County's Health Department's posted informational flyer posted throughout the facility (copy attached).

As a reminder, it is important to practice *universal precautions* as a part of your daily routine in work and outside of work. Your safety and a healthy work environment is paramount to our success therefore your cooperation in this matter is appreciated. *Remember an ounce of prevention is worth a pound of cure!*

Attachment

# WHAT YOU NEED TO KNOW ABOUT
# CORONAVIRUS

## WHAT IS 2019 NOVEL CORONAVIRUS?

The 2019 novel coronavirus (2019-nCoV) is a new virus that causes respiratory illness in people and can spread from person-to-person. This virus was first identified during an investigation into an outbreak in Wuhan, China.

## CAN PEOPLE IN THE U.S. GET 2019-nCoV

Yes. There are confirmed cases in the U.S. This 2019-nCoV virus can spread from person-to-person although it's not clear how easily this happens. Right now, the greatest risk of infection is for people in Wuhan or people who have traveled to Wuhan and less so, other parts of China. The CDC continues to closely monitor the situation.

## ARE THERE ANY CONFIRMED CASES IN MARYLAND?

The Maryland Department of Health is keeping a current list of confirmed cases in the state at this webpage: https://phpa.health.maryland.gov/Pages/Novel-coronavirus.aspx The Centers for Disease Control and Prevention is keeping track of national cases at: www.cdc.gov/coronavirus/2019-ncov/ cases-in-us.html

## HOW DOES 2019-nCoV SPREAD?

The exact way the virus is spread is not fully known. With similar coronaviruses (MERS and SARS), person-to-person spread is thought to have happened mainly via respiratory droplets produced when an infected person coughs or sneezes, similar to how influenza and other viruses that cause respiratory illness spread. There also may be some spread when a person touches a surface or object that has virus on it and then touches his or her own mouth, nose, or possibly their eyes. Spread of SARS and MERS between people has generally occurred between close contacts.

## WHAT ARE THE SYMPTOMS OF 2019-nCoV?

Patients with 2019-nCoV have reportedly had mild to severe respiratory illness with symptoms of:

  

FEVER     SHORTNESS OF BREATH     COUGH

Additional Resource: www.cdc.gov/nCoV
Sources: Centers for Disease Control and Prevention; Maryland Department of Health.

## WHAT ARE SEVERE COMPLICATIONS FROM THIS VIRUS?

Many patients have pneumonia in both lungs.

### How Can I Help Protect Myself?

There are simple everyday preventive actions to help prevent the spread of respiratory viruses. These include:

- Avoid close contact with people who are sick.

- Avoid touching your eyes, nose, and mouth with unwashed hands.

- Wash your hands often with soap and water for at least 20 seconds. If soap and water are not available, use an alcohol-based hand sanitizer.

## IF YOU ARE SICK, TO KEEP FROM SPREADING RESPIRATORY ILLNESS TO OTHERS, YOU SHOULD:

- Stay home when you are sick.

- Cover your cough or sneeze with a tissue, then throw the tissue in the trash.

- Clean and disinfect frequently touched objects and surfaces.

## WHAT SHOULD I DO IF I RECENTLY TRAVELED TO CHINA AND GOT SICK?

If you were in China within the past 14 days and feel sick with fever, cough, or difficulty breathing, you should get medical care. Call your health care provider before you go and tell them about your travel and your symptoms. They will give you instructions on how to get care without exposing other people to your illness.

## IS THERE A VACCINE?

There is currently no vaccine to protect against 2019-nCoV. The best way to prevent infection is to avoid being exposed to this virus.

## IS THERE A TREATMENT?

There is no specific antiviral treatment for 2019-nCoV. People with 2019-nCoV can seek medical care to help relieve symptoms.

