

04.22.2020 16:00
PGC-1





04.22.2020  16:09
**PGC-3**



04.22.2020  16:09
PGC-4



A4, A5

04.22.2020  16:09
PGC-5



A4, A5



04.22.2020 16:07
**PGC-7**



04.22.2020  16:08
PGC-8



04.22.2020 16:09
PGC-9

**4, A5**



04.22.2020  16:10
**PGC-10**

**4, A5**



04.22.2020 16:01
PGC-11

**A4, A5**



04.22.2020  16:01
**PGC-12**



04.22.2020  16:09
PGC-13

**4, A5**



04.22.2020  16:10
**PGC-14**



A4, A5

04.22.2020  16:09
PGC-15

**4, A5**



04.22.2020  16:01
PGC-16



A4, A5

04.22.2020  16:01
PGC-17



04.22.2020  16:07
**PGC-18**



04.22.2020  16:01
PGC-19



04.22.2020  16:07
**PGC-20**



**4, A5**



04.22.2020  16:08
**PGC-22**



04.22.2020  16:07
PGC-23

**A4, A5**



04.22.2020  16:07
PGC-24



04.22.2020  16:08
**PGC-25**



A4, A5

04.22.2020  16:09
PGC-26



**A4, A5**

EXIT

04.22.2020  16:08
PGC-27

**A4, A5**



04.22.2020 16:01
PGC-28



A4, A5

04.22.2020  16:02
PGC-29



A4, A5

04.22.2020  16:01
PGC-30



04.22.2020  16:00
PGC 31

**A4, A5**



10

11

12

04.22.2020  16:02
**PGC-32**





A4, A5

04.22.2020  16:08
PGC-34



A4, A5

04.22.2020  16:00
PGC-35