IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| KEITH SETH et al. | * |
| Plaintiffs | * |
| | * |
| v. | * Case No: 8:20-cv-01028-PX |
| | * |
| MARY LOU McDONOUGH | * |
| Defendant | * |

### DEFENDANT'S RECOMMENDED COURT APPOINTED EXPERTS FOR AUDIT OF PRINCE GEORGE' COUNTY CORRECTIONAL CENTER FOR PREPAREDNESS AND RESPONSE TO COVID-19 OUTBREAK

Defendant, Mary Lou McDonough, respectfully submits the following recommended experts for purposes of a Court ordered inspection/audit of the Prince George's County Correctional Center's response and preparedness to address COVID-19 in the facility:

1. Brent Gibson, M.D., MPH, CAE, FACPM, CCHP-P
   National Commission on Correctional Health Care
   Chicago, Illinois
   312-905-5736
   Brentgibson@ncchc.org

2. Carl J. Kelbie, MD, FACEP, FACCP
   Wellpath
   615-483-2057
   ckeldie@wellpath.us

Copies of the curriculum vitae of each doctor are filed as attachments herewith as is a letter to the Court explaining why they are recommended, in accordance with the Court's order.

Respectfully submitted,

RHONDA L. WEAVER
COUNTY ATTORNEY

*/s/ Andrew J. Murray*
ANDREW J. MURRAY
DEPUTY COUNTY ATTORNEY
Deputy County Attorney
Prince George's County Government
Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
(301) 952-5225 voice
(301) 952–3071 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  30  day of April, 2020, a copy of the foregoing was transmitted to all counsel of record via this court's ECF system.

*/s/ Andrew J. Murray*
Andrew J. Murray