# CARL J. KELDIE, MD, FACEP, FACCP

## CONTACT INFORMATION

Home Address:
6326 Wescates Court
Brentwood TN 37027
Cell Phone: 615-483-2057
Email: Carl.Keldie@gmail.com; ckeldie@wellpath.us

## BACKGROUND

I have four decades of clinical and administrative experience and was responsible for providing direct patient care in primary care, urgent care and emergency medicine which encompassed civilian, department of defense and correctional medicine settings.
I am a fellow of the American College of Emergency Medicine and Board Certified by the American Board of Emergency Medicine.
I developed, adapted and deployed Information Technology applications in Emergency Medicine and Correctional Care Medicine for almost 3 decades and served as the Lead Physician for deployment of a Meaningful Use 2 Certified EHR for over 80 hospitals for Community Health System, Inc.  CHS, Inc.is one of the nation's leading operators of general acute care hospitals.

## EDUCATION

- Flexible Internship, Carraway Methodist Medical Center, Birmingham, AL, 1978 – 1979
- Doctor of Medicine, University of South Florida College of Medicine, 1975 – 1978
- BA, Biology, University of South Florida, 1971 – 1975

## PROFESSIONAL EXPERIENCE

- **Senior Vice President Clinical Affairs, Wellpath October 2019 – Current**
- **Chief Clinical Officer for Wellpath Inc. and Correct Care Solutions May 2015 to September 2019**
- **Correctional Healthcare Consultant September 2013 – Current**
- **Clinical Assistant Professor, Department of Surgery, Division of Correctional Medicine Nova Southeaster University, College of Osteopathic Medcine October 2013 - 2019**
- **Health IT Physician Consultant**: **December 2013- September 2014**: Electronic Medical Record Deployment for Community Health Services.
- **Clinical Reviewer/Physician Liaison Vanderbilt University Medical Center for Patient and Professional Advocacy October 2013 – April 2014**
  Providing physician overview for coding and analyzing surveillance data in PARS, the Patient Advocacy Reporting System, to identify unnecessary variation in safety and quality outcomes.
- **Chief Medical Officer, Corizon, Brentwood, TN December 2011 – March 2013.**
  Chief Medical Officer of one of the nation's largest inmate healthcare providers, supervises and directs healthcare delivery for contracts covering over 300,000 inmates in 29 states.
- **Chief Medical Officer Prison Health Services, Inc., Brentwood, TN, October 2000 – June 2011.**
  Coordinated an extensive CQI program including the review of over 3,000 sentinel events, standardizing the reporting of process measures and recruiting and placing a Physician Patient Safety Officer .
  Developed and deployed a credentialing program which became URAC certified.
  Launched a Disease Management program for Medical, Psychiatry, and Infectious Diseases with a focus on Hepatitis C and HIV disease program.

  Shaped a utilization management program using InterQual software to provide prospective, concurrent and retrospective Utilization Management.
  Chaired the multidisciplinary Pharmacy and Therapeutics Committee responsible for formulary management of over 250,000 inmate patients over a 10 year period.
  Provided oversight for telemedicine service at over 120 facilities in 15 states.
- **InPhyNet Hospital Services (formerly Emergency Medical Services Associates, Inc.), Ft. Lauderdale, FL, 1982 – 2000.**
  Provided point of care emergency medicine in 14 states. Provided supervision for care delivered in over 20 states.
  Supervised service provided to Department of Defense beneficiaries in Army, Navy, Air Force and Marine facilities.
  Regional Medical Director for South Broward Hospital District in Hollywood Florida providing direct patient care and supervising care for over 200,000 ED visits per year at 3 Adult Emergency Departments, 2 Pediatric Emergency Departments and an Acute Psychiatric facility.
- **National Health Service Corps: Rural Manpower, Shortage Area, Smithfield, NC, 1979 – 1982.**

### PROFESSIONAL LICENSES AND CERTIFICATIONS

- Medical Licensure in Florida, North Carolina, Michigan, Pennsylvania and Colorado with emergency pandemic licensure in Maine and Massachusetts
- American Board of Emergency Medicine, Re-Certification in 2000 and 2011: Current through December 2021
- Certified Correctional Health Professional, 2008
- American Society of Professionals in Patient Safety (ASPPS)
- Just Culture Certification
- DEAx Waiver Ceritifed

### PROFESSIONAL ASSOCIATIONS

- Fellow American College of Emergency Physicians
- Fellow American College of Correctional Physicians
- American Medical Association
- Society of Correctional Physicians
- American Correctional Association
- National Commission on Correctional Health Care