

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

May 12, 2020

Re:   20-1028, *Seth v. McDonough*

### **LETTER ORDER**

As discussed during the hearing conducted on May 11, 2020, the Court ORDERS the following:

1. By no later than **May 14, 2020,** Plaintiffs must provide to Defendant a list identifying those detainees described in ECF No. 61-1, including but not limited to those detainees whom Plaintiffs claim Defendant is holding despite court ordered-release; detainees held for misdemeanor offenses; and detainees for whom a court has "authorized" release;

2. By no later than **May 14, 2020,** Defendant must provide to Plaintiffs a list of those detainees who qualify as "high risk" pursuant to CDC guidelines (found at page 2 of Inspection Report submitted by Dr. Carlos Franco-Paredes), to include current housing unit information as discussed during the May 11, 2020 hearing;

3. The parties are to submit a joint written status report with the Court by **May 18, 2020,** to apprise the Court of progress made through the meet and confer process and to advise the Court as to whether the above-described lists have been exchanged.

4. By no later than **May 18, 2020** parties are to submit simultaneous letter pleadings not to exceed **three pages** on the applicability of the Prison Litigation Reform Act to Plaintiffs' claims and requests for relief.

5. The Court will conduct a follow-up video conference on **May 20, 2020 at 9 a.m.**

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

        Sincerely,

        /S/
        PAULA XINIS
        United States District Judge