FILED: June 10, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6776
(8:20-cv-01028-PX)
_____

KEITH SETH; DAVID SMITH; MARIO BURCH; JOHN DOES 1-5

    Plaintiffs - Appellees

v.

MARY LOU MCDONOUGH

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to appellant's emergency motion to stay pending appeal, the court denies the motion.

Entered at the direction of Judge Diaz with the concurrences of Judge Niemeyer and Judge Wynn.

For the Court

/s/ Patricia S. Connor, Clerk