UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| KEITH SETH, et al.,<br>Individually and on behalf of a class of similarly situated persons<br><br>                      Plaintiffs-Petitioners,<br><br>   v.<br><br>MARY LOU MCDONOUGH,<br>In her official capacity as Director of the Prince George's County Department of Corrections<br><br>                      Defendant-Respondent. | Civil Action No.  8:20-cv-01028-PHX<br><br>**Joint Emergency Motion for a Telephonic Status Conference and to Modify the Scheduling Order** |

COME NOW, Plaintiffs and Defendant (collectively, "the Parties") to move this Honorable Court to hold an emergency telephonic status conference on Monday, June 15, 2020, and to modify the June 2, 2020 Scheduling Order, ECF No. 93, to extend the deadline for depositions by two weeks to July 1, 2020.

The Parties are diligently working toward the deadlines agreed to and ordered in the Court's June 2, 2020 Scheduling Order, and have met and conferred regarding the Parties' discovery obligations.  At this time, the Parties agree that a brief telephonic status conference on Monday, June 15, 2020, is necessary for the Court to clarify the following:

- Whether the expedited discovery the parties are conducting is solely for the purpose of determining whether the TRO/injunction should be extended or modified?

- Whether the Court intends to hold an evidentiary hearing in this matter or what next steps the Court intends to pursue?

- If an evidentiary hearing is not imminent in this matter, whether the Court will permit the Parties to meet and confer to extend the discovery period?

Additionally, new counsel entered this litigation on June 12, 2020, to represent witnesses that are employed by Corizon, but who provide services at the Jail. Given the introduction of new counsel and the fast pace of the litigation, the Parties request that the Court modify the June 2, 2020 Scheduling Order to extend the deposition deadline to July 1, 2020.

06/12/2020

|   |   |
|---|---|
| By: | /s/ Edward Williams |
|   | Edward Williams (Bar No. 20944) |
|   | Cadene Russell Brooks (*pro hac vice*) |
|   | WILMER CUTLER PICKERING |
|   | HALE AND DORR LLP |
|   | 1875 Pennsylvania Avenue NW |
|   | Washington, DC 20006 |
|   | ed.williams@wilmerhale.com |
|   | Phone: (202) 663-6487 |
|   |   |
|   | Elizabeth Rossi (Bar No. 19616) |
|   | Katherine Chamblee-Ryan (*pro hac vice*) |
|   | Olevia Boykin (*pro hac vice*) |
|   | Ryan Downer (*pro hac vice*) |
|   | CIVIL RIGHTS CORPS |
|   | 1601 Connecticut Ave. NW, Suite 800 |
|   | Washington, DC 20009 |
|   | katie@civilrightscorps.org |
|   | Phone: (610) 931-7715 |
|   | *Attorneys for Plaintiffs* |
| By: | /s/ Shelley Lynn Johnson |
|   | Andrew J. Murray |
|   | Shelley Lynn Johnson |
|   | Ann Elizabeth Koshy |
|   | PRINCE GEORGE'S COUNTY |
|   | OFFICE OF LAW |
|   | Wayne K. Curry A |
|   | Administration Building |
|   | 1301 McCormick Dr., Suite 4100 |
|   | Largo, MD 20774 |
|   | sljohnson@co.pg.md.us |

Phone: (301) 952-3071
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| KEITH SETH, et al.,<br>Individually and on behalf of a class of similarly situated persons<br>　　　　　　　　Plaintiffs-Petitioners,<br><br>　　v.<br><br>MARY LOU MCDONOUGH,<br>In her official capacity as Director of the Prince George's County Department of Corrections<br><br>　　　　　　　　Defendant-Respondent. | Civil Action No.   8:20-cv-01028-PHX<br><br>**Proposed Order** |

Based on the Parties' submission, it is hereby ORDERED that the Parties appear for a telephonic status conference on Monday, June 15, 2020 at _____.

It is hereby further

ORDERED that the June 2, 2020 Scheduling Order, ECF No. 93, be and hereby is MODIFIED as follows:

Depositions are to be noticed and taken no later than July 1, 2020.


Date ___/____/2020

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Paula Xinis
　　　　　　　　　　　　　　　　　　　　United States District Judge