UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEITH SETH, et al.,<br>Individually and on behalf of a class of similarly situated persons<br>　　　　　　Plaintiffs-Petitioners,<br><br>　v.<br><br>MARY LOU MCDONOUGH,<br>In her official capacity as Director of the Prince George's County Department of Corrections<br><br>　　　　　　Defendant-Respondent. | Civil Action No.   8:20-cv-01028-PX |

**DEFENDANT'S LETTER BRIEF EXHIBITS**

　　　Defendant Mary Lou McDonough, by and through the PRINCE GEORGE'S COUNTY OFFICE OF LAW, submits the attached exhibits in support of her Letter Brief.  In the initial filing, Defendant experienced some difficult filling the exhibits.  Plaintiffs' counsel was notified of the issue and advised that the exhibits would be following.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　*Shelley L. Johnson*
　　　　　　　　　　　　　　　　　　　Shelley L. Johnson, Esquire (ID# 15853)
　　　　　　　　　　　　　　　　　　　Associate County Attorney
　　　　　　　　　　　　　　　　　　　PRINCE GEORGE'S COUNTY OFFICE OF LAW
　　　　　　　　　　　　　　　　　　　1301 McCormick Drive, Suite 4100
　　　　　　　　　　　　　　　　　　　Largo, Maryland 20774
　　　　　　　　　　　　　　　　　　　(301) 952-5225 voice
　　　　　　　　　　　　　　　　　　　(301) 952–3071 facsimile
　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

Filed: 06/19/20