FILED: August 12, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-6776
(8:20-cv-01028-PX)

KEITH SETH; DAVID SMITH; MARIO BURCH; JOHN DOES 1-5,

        Plaintiffs - Appellees,

  v.

MARY LOU MCDONOUGH,

        Defendant - Appellant.

O R D E R

      Mary Lou McDonough appeals the district court's order granting, in part, Plaintiffs' motion for injunctive relief in the underlying district court action ("injunctive relief order"). Plaintiffs correctly assert that the district court recently extinguished the injunctive relief order and denied Plaintiffs' motion for a preliminary injunction. Accordingly, we dismiss McDonough's appeal as moot.

      Entered at the direction of the panel: Judge Niemeyer, Judge Wynn, and Judge Diaz.

For the Court

/s/ Patricia S. Connor, Clerk