FILED: September 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6776
(8:20-cv-01028-PX)
_____

KEITH SETH; DAVID SMITH; MARIO BURCH; JOHN DOES 1-5

    Plaintiffs - Appellees

v.

MARY LOU MCDONOUGH

    Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered August 12, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*