IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEITH SETH, *et al.*, <br> Individually and on behalf of a class <br> of similarly situated persons, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> MARY LOU MCDONOUGH, <br> In her official capacity as <br> Director of the Prince George's County <br> Department of Corrections. <br><br> Defendant-Respondent. | Case No. 8:20-cv-01028-PHX |

## MOTION TO WITHDRAW PURSUANT LOCAL RULE 101.2(a)

Olevia Boykin, attorney for Plaintiffs, respectfully requests leave of the court to withdraw as counsel to Plaintiffs in this matter pursuant to Local Rule 101.2(a)(1). Plaintiffs will continue to be represented by all other counsel of record, including Katie Chamblee-Ryan and Katherine Hubbard of Civil Rights Corps.

Wherefore, undersigned counsel respectfully requests that the Court grant her leave to withdraw as counsel for Plaintiffs in this matter.

Respectfully submitted on September 4, 2020,

By: s/Olevia Boykin
Olevia Boykin (*pro hac vice*)
Katherine Chamblee-Ryan (*pro hac vice*)
Katherine Hubbard (*pro hac vice*)
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, DC 20009
katie@civilrightscorps.org

1

Phone: (610) 931-7715

Edward Williams (Bar No. 20944)
Cadene Russell Brooks (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
ed.williams@wilmerhale.com
Phone: (202) 663-6487

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

 I hereby certify that on September 4, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office and to Defendant's counsel using the CM/ECF System for filing.

s/Olevia Boykin
Olevia Boykin
