IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KEITH SETH,** *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**MARY LOU MCDONOUGH,** )<br>In her official capacity as Director of )<br>the Prince George's County Department )<br>of Corrections, )<br>)<br>Defendant. )<br>) | Case No. 8:20-cv-01028-PX |

**DIRECTOR MARY LOU MCDONOUGH'S RESPONSE PLAINTIFFS' MARIO BURCH'S AND JOHN DOE NO. 3'S MOTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 21**

Pursuant to Federal Rules of Civil Procedure 7(b) and 41(a)(2) and the United States District Court Local Rule 105.2, Defendant MARY LOU MCDONOUGH ("Director McDonough"), in her official capacity as Director of the Prince George's County Department of Corrections ("PGCDOC"), hereby responds to Plaintiffs' Motion Pursuant to Federal Rules of Civil Procedure 21 [ECF 145] and moves that the dismissal of Plaintiffs Mario Burch and John Doe No. 3 be granted with prejudice, pursuant to Federal Rule 41(a)(2). As grounds for and in support of this Motion, Director McDonough submits her Memorandum of Law in Support of the Response to Plaintiffs' Motion Pursuant to Federal Rule 21 and further states as follows:

1. Federal Rule of Civil Procedure 21 is not applicable.

2. Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) is appropriate and warranted.

3. Plaintiffs Mario Burch's and John Doe's No. 3's claims are moot and warrant dismissal with prejudice.

WHEREFORE, PREMISES CONSIDERED, Director McDonough respectfully requests that this Court issue an Order dismissing with prejudice Plaintiffs Mario Burch and John Doe No. 3 as parties to this action.

Date: September 8, 2020.

> Respectfully submitted,
>
> **RHONDA L. WEAVER**
> **COUNTY ATTORNEY**
>
> **ANDREW J. MURRAY**
> **DEPUTY COUNTY ATTORNEY**
>
> /s/ *Ann E. Koshy*
>
> Shelley Lynn Johnson, Fed. Id. 15853
> Ann Elizabeth Koshy, Fed. Id. 19333
> **PRINCE GEORGE'S COUNTY OFFICE OF LAW**
> Wayne K. Curry Administration Building
> 1301 McCormick Drive
> Suite 4100
> Largo, Maryland 20774
> Telephone: (301) 952-5225
> Facsimile: (301) 952-3071
> ajmurray@co.pg.md.us
> sljohnson@co.pg.md.us
> aekoshy@co.pg.md.us

> William R. Lunsford (*pro hac vice*)
> Stephen C. Rogers (*pro hac vice*)
> Kenneth S. Steely (*pro hac vice*)
> **MAYNARD, COOPER & GALE, PC**
> 655 Gallatin Street
> Huntsville, AL 35801
> Telephone: (256) 512-5710
> Facsimile: (256) 512-0119
> blunsford@maynardcooper.com
> srogers@maynardcooper.com
> ksteely@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 8th day of September, 2020:

Cadene Russell Brooks
Edward Henderson Williams, II
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6115
cadene.brooks@wilmerhale.com
ed.williams@wilmerhale.com

Katherine Chamblee Ryan
Olevia Boykin
Ryan Downer
Elizabeth Ann Rossi
**CIVIL RIGHTS CORPS**
1601 Connecticut Avenue
Suite 800
Washington, DC 20009
Telephone: (610) 931-7715
Facsimile: (202) 605-8030
katie@civilrightscorps.org
olevia@civilrightscorps.org
ryan@civilrightscorps.org
elizabeth@civilrightscorps.org

　　　　　　　　　　/s/ *Ann E. Koshy*
　　　　　　　　　　Of Counsel