**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>TIMOTHY J. SULLIVAN<br>UNITED STATES MAGISTRATE JUDGE | 6500 Cherrywood Lane<br>Greenbelt, Maryland 20770<br>Telephone: (301) 344-3593<br>MDD_TJSchambers@mdd.uscourts.gov |

September 29, 2020

LETTER TO COUNSEL

    RE:    *Seth, et al. v. McDonough*
              Civil Case Number: PX-20-1028

Dear Counsel:

    First, thank you to everyone for a very productive telephone conference today. In anticipation of the telephonic settlement conference scheduled for Friday, October 23, 2020 at 10:00 a.m., I am requesting that each party provide me with an *ex parte* letter no later than 5:00 p.m. on Monday, October 12, 2020. The letters should be emailed to my chambers at the following address: MDD_TJSchambers@mdd.uscourts.gov. Any letter should not discuss the procedural history or recite the facts unless counsel believes it is absolutely necessary to set forth their settlement position. I would also like for you to focus on how to reach a resolution of this case, not argument, and the role your client can and will play to achieve a global settlement. Please address the following: (1) the principal goals from your side which need to be addressed to reach a reasonable settlement; (2) the issues on which the party believes agreement can be reached; and (3) the issues upon which the parties remain in disagreement, including a brief explanation of why there is disagreement as well as suggestions for potential areas of compromise.

    Since successful settlement conferences require a joint good faith effort, it would be quite helpful if the parties exchange demands and offers in a reasoned and cooperative fashion. Finally, I encourage the parties to engage in negotiations leading up to the settlement conference to the extent possible.[1]

    I will be available to speak with counsel prior to the settlement conference. If any counsel wishes, please feel free to contact me. I will also be calling counsel leading up to the settlement conference to discuss settlement positions.

---

[1] Please note that the American Bar Association Standing Committee on Ethics and Professional Responsibility has issued a Formal Opinion (No. 93-370) that precludes a lawyer, <u>absent informed client consent</u>, from revealing to a judge the limits of the lawyer's settlement authority or the lawyer's advice to the client regarding settlement. The opinion does not preclude a judge, in seeking to facilitate a settlement, from inquiring into those matters. Therefore, please discuss these items with your client before appearing for the settlement conference.

Civil Case No. PX-20-1028
September 29, 2020
Page 2

The settlement conference process will be confidential and disclosure of confidential dispute resolution communications is prohibited.  *See* 28 U.S.C. § 652(d); Local Rule 607.4.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

**FAILURE TO COMPLY WITHOUT JUSTIFICATION MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

I look forward to working with you.

Sincerely yours,

/s/
Timothy J. Sullivan
United States Magistrate Judge

cc:   Judge Xinis
      Court File