# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KEITH SETH**, *et al* : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | **Case No. 8:20-cv-01028-PX** |
| : | |
| **MARY LOU MCDONOUGH** : | |
| : | |
| **Defendant** : | |
| : | |

## MOTION TO WITHDRAW PURSUANT TO LOCAL RULE 101.2(b)

Ann E. Koshy, Esquire, counsel for Defendant Mary Lou McDonough, respectfully requests leave of the court to withdraw as counsel for Defendant in this matter. Defendants will continue to be represented by other counsel of record, including Shelley Johnson and Andrew Murray from the PRINCE GEORGE'S COUNTY OFFICE OF LAW.

WHEREFORE, undersigned counsel respectfully requests that the Court grant her leave to withdraw as counsel for the Defendant in this matter.

Respectfully submitted,
**RHONDA L. WEAVER**
**COUNTY ATTORNEY**

**ANDREW J. MURRAY**
**DEPUTY COUNTY ATTORNEY**

_____/s/_____
Ann E. Koshy, Fed. Bar No. 19333
Associate County Attorney
PRINCE GEORGE'S COUNTY OFFICE OF LAW
Wayne K. Curry Administration Building
1301 McCormick Drive, Suite 4100
Largo, MD 20774
Direct: (301) 952-2842;  Fax: (301) 952-3071
aekoshy@co.pg.md.us

Filed:  2/18/2021