IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KEITH SETH,** *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**MARY LOU MCDONOUGH,** )<br>In her official capacity as Director of )<br>the Prince George's County Department )<br>of Corrections, )<br>)<br>Defendant. ) | Case No. 8:20-cv-01028-PX |

## JOINT MOTION TO CONTINUE THE
## CURRENT STAY AND STAY ALL PENDING MOTIONS

The Parties jointly request that the Court continue the stay currently in place in this action, including the stay of all pending motions. In support of this motion the Parties state as follows:

1. On September 18, 2020, at the Parties' request, the Court referred this matter to Magistrate Judge Timothy J. Sullivan for mediation and stayed all pending deadlines. (Doc. Nos. 160, 162).

2. The Parties have participated in numerous mediation sessions with Magistrate Judge Sullivan and remain engaged in the mediation process.

3. The Parties conferred and agree that a continued stay in this action, including a stay of all pending motions, will allow them to continue pursuing resolution of this action through mediation.

1

4. The Parties will submit a joint report to the Court within ten (10) days of the conclusion of mediation.

5. A continued stay of this action will not prejudice any party.

WHEREFORE, the Parties respectfully request this Court to extend the current stay of this action, including staying all pending motions and the deadlines in the Scheduling Order (Doc. No. 121) and accompanying deadlines in the Federal Rules of Civil Procedure and the Local Rules for the District of Maryland.

    Respectfully submitted,

/s/ *Shelley L. Johnson*
Andrew J. Murray, Fed. Bar No. 10511
Shelley Lynn Johnson, Fed. Bar No. 15853
**PRINCE GEORGE'S COUNTY OFFICE OF LAW**
Wayne K. Curry Administration Building
1301 McCormick Drive
Suite 4100
Largo, Maryland 20774
Telephone: (301) 952-5225
Facsimile: (301) 952-3071
ajmurray@co.pg.md.us
sljohnson@co.pg.md.us

William R. Lunsford (*pro hac vice*)
Stephen C. Rogers (*pro hac vice*)
Kenneth S. Steely (*pro hac vice*)
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
srogers@maynardcooper.com
ksteely@maynardcooper.com

*Attorneys for Director McDonough*

/s/ *Edward Williams*
Edward Henderson Williams, II
Cadene Russell Brooks
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6115
cadene.brooks@wilmerhale.com
ed.williams@wilmerhale.com

Katherine Chamblee Ryan
Ellora Thadaney Israni
Katherine Claire Hubbard
Ryan Downer
Elizabeth Ann Rossi
**CIVIL RIGHTS CORPS**
1601 Connecticut Avenue
Suite 800
Washington, DC 20009
Telephone: (610) 931-7715
Facsimile: (202) 605-8030
katie@civilrightscorps.org
ellora@civilrightscorps.org
katherine@civilrightscorps.org
ryan@civilrightscorps.org
elizabeth@civilrightscorps.org
*Attorneys for Plaintiffs*